CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7020
Fax: (415) 436-7234
Colin.Sampson@usdoj.gov
Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRENIA RAWLINS,<br>Defendant. | NO. 26-CR-00061 CRB<br><br>**EX PARTE MOTION AND ~~[PROPOSED]~~ PROTECTIVE ORDER REGARDING GRAND JURY TESTIMONY** |

The United States hereby moves *ex parte* for an order authorizing the following:

1. The United States is prepared to produce to the defendant grand jury testimony relating to the Indictment, including exhibits.
2. Federal Rule of Criminal Procedure 6(e)(3)(E) provides that the Court "may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand-jury matter: (i) preliminary to or in connection with a judicial proceeding." The United States respectfully requests that the Court issue an order authorizing such disclosure.
3. The government respectfully requests, and the defense agrees, that the Court order that

the possession of copies of the testimony shall be limited to the defendant and her attorneys, including any investigators, paralegals, law clerks, assistants, and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The government further requests, and the defense agrees, that the defendant, her attorneys, and members of their defense teams shall use the testimony and marked exhibits only for the purpose of their defense in the present case, and that the defendant, her attorneys, and members of their defense teams shall not provide copies of the witness statements and exhibits to other persons.

4. The government respectfully requests, and the defense agrees that, at the conclusion of this proceeding, including any appeal or post-conviction petition, the defendant, her attorneys, and members of her defense team shall return to the government all copies of the witness statements and exhibits relating to the grand jury that returned the Indictment in the above-captioned matter.

CRAIG H. MISSAKIAN
United States Attorney

DATED: September 8, 2026

/s/
COLIN C. SAMPSON
Assistant United States Attorney
*Attorneys for The United States*

JODI LINKER
Federal Public Defender
Northern District of California

DATED: September 8, 2026

/s/
ELIZABETH FALK
*Attorneys for Trenia Rawlins*

**~~[PROPOSED]~~ ORDER**

In light of the parties' stipulation, and good cause appearing, it is HEARBY ORDERED that the United States is authorized to disclose grand-jury matters to the defendant, including transcripts of testimony and marked exhibits. It is FURTHER ORDERED that use of any grand jury testimony or marked grand jury exhibits produced by the United States shall be restricted as set forth in Paragraphs three and four of the parties' stipulation.

Dated: September 8, 2026

HON. CHARLES R. BREYER
United States Senior District Judge