JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant RAWLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TREINA RAWLINS,<br>Defendant. | **Case No.:** CR 26-61 CRB<br>**STIPULATION AND [~~PROPOSED~~] MODIFIED ORDER TO CONTINUE STATUS CONFERENCE** |

The above captioned matter is scheduled for a status conference on October 28, 2026. Voluminous discovery has been produced, and defense counsel requires additional time to review it and discuss with her client. Therefore, the parties agree that the matter be continued to ~~November 18, 2026~~ November 19, 2026 at 10:00 a.m. at 10:00 a.m.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence and continuity of counsel, between October 28, 2026 and ~~November 18, 2026~~ November 19, 2026. The parties further stipulate that the ends of justice served by

excluding the period between October 28, 2026 and November 18, 2026., outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

October 23, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
COLIN SAMPSON
Assistant United States Attorney

October 23, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

October 26, 2026
Dated

CHARLES BREYER
Senior United States District Judge